IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS BRYANT | : | CIVIL ACTION |
| v. | : | |
| JUSTIN C. GEARTY, et al. | : | NO. 16-3648 |

FILED
NOV 10 2016
LUCY V. CHIN, Interim Clerk
By:_____ Dep. Clerk

O R D E R

AND NOW, this 10th day of November 2016, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED;

2. Plaintiff, Cornelius Bryant, #MN-7846, shall pay the full filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on plaintiff's financial statement, an initial partial filing fee of $23.50 is assessed. The Superintendent or other appropriate official at SCI Huntingdon or at any other correctional facility at which plaintiff may be confined, is directed to deduct $23.50 from plaintiff's prisoner account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 16-3648. After the initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate official at SCI Huntingdon or at any prison at which plaintiff may be confined, shall deduct from plaintiff's account, each time that plaintiff's prisoner account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the

address provided above to be credited to Civil Action No. 16-3648;

3. This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e), with leave to file an amended complaint within thirty (30) days of the date of this Order. In his amended complaint, plaintiff shall state: (1) how the Lancaster County Clerk of Court has violated his constitutional rights, (2) the dates on which the events giving rise to his claims occurred, (3) what harm, if any, he has suffered from the actions of this defendant, and (4) the relief he is seeking through this action. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED by the Court;

4. The Clerk of Court is directed to send a copy of this Order to the Superintendent of SCI Huntingdon; and

5. This case shall remain CLOSED for statistical purposes.

BY THE COURT:

_____
WENDY BEETLESTONE, J.